B 27 (Official Form 27) (12/13)

# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re  Michael Dejesus
    Debtor

Case No. 15-41151
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: CAVALRY SPV I, LLC as assignee of Capital One, N.A./KAWASAKI

2. Amount of the debt subject to this reaffirmation agreement:
   $ 10,908.85 on the date of bankruptcy   $ 9,600.00 to be paid under reaffirmation agreement

3. Annual percentage rate of interest: ____% prior to bankruptcy
   0.0 % under reaffirmation agreement ( x Fixed Rate ___ Adjustable Rate)

4. Repayment terms (if fixed rate): $ 200.00 per month for 48 months

5. Collateral, if any, securing the debt: Current market value: $ 10,908.85
   Description: 2012 KAWASAKI ZX1000

6. Does the creditor assert that the debt is nondischargeable? ___Yes ___No
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| | Debtor's Schedule I and J Entries | | Debtor's Income and Expenses as Stated on Reaffirmation Agreement | |
|---|---|---|---|---|
| 7A. | Total monthly income from Schedule I, line 12 | $ ~~863.77~~ 1500.00 | 7B. Monthly income from all sources after payroll deductions | $ ~~863.77~~ 1500.00 |
| 8A. | Total monthly expenses from Schedule J, line 22 | $ ~~710.47~~ 1075.00 | 8B. Monthly expenses | $ ~~710.47~~ 1075.00 |
| 9A. | Total monthly payments on reaffirmed debts not listed on Schedule J | $ ~~200.00~~ | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses | $ ~~200.00~~ 0.00 |
| | | | 10B. Net monthly income (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) | $ ~~73.00~~ 425.00 |

Case: 15-41151   Doc# 13   Filed: 06/29/15   Entered: 06/29/15 13:41:58   Page 1 of 15

11. Explain with specificity any difference between the income amounts (7A and 7B):
   _Same Amount_

12. Explain with specificity any difference between the expense amounts (8A and 8B):
   _Same amount_

   If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

   _[signature]_
   Signature of Debtor (only required if line 11 or 12 is completed)

   Signature of Joint Debtor (if applicable, and only required if line 11 or 12 is completed)

## Other Information

☒ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:
   _I have been given more hr_

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
   ___ Yes   _X_ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
   ___ Yes   ___ No

## FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_[signature]_
Signature

_Jason L. Erwin    Authorized Rep_
Print/Type Name & Signer's Relation to Case

B240A (Form B240A) (04/10)

Check one.
☐ Presumption of Undue Hardship
☒ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation,
Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re   Michael Dejesus ,          Case No. 15-41151
        *Debtor*
                                   Chapter 7

## REAFFIRMATION DOCUMENTS

Name of Creditor:  CAVALRY SPV I, LLC as assignee of Capital One, N.A./KAWASAKI

☐ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed:  Secured revolving account
                                                                   *For example, auto loan*

B. ***AMOUNT REAFFIRMED***:  $   9600.00

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

   *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is  0  %.

   *See definition of "Annual Percentage Rate" in Part V, Section C below.*

   This is a *(check one)*  ☒ Fixed rate       ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

- [x] $ _200.00_ per month for _48_ months starting on _9/20/2015_.

- [ ] Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

  _200.00 for 48 months_

E. Describe the collateral, if any, securing the debt:

  Description:            2012 KAWASAKI ZX1000
  Current Market Value    $ 10,908.85

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

- [x] Yes. What was the purchase price for the collateral?   $ 10,908.85

- [ ] No. What was the amount of the original loan?   $ _____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|                                    | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 10,908.85 | $ 9600.00 |
| Annual Percentage Rate             | ____ %      | 0 %       |
| Monthly Payment                    | $ _____  | $ 200.00  |

H. [ ] Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

## PART II.  DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

  Check one.   [ ] Yes   [x] No

B. Is the creditor a credit union?

  Check one.   [ ] Yes   [x] No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1. Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income)    $ 1500.00

   b. Monthly expenses (including all reaffirmed debts except
   this one)    $ 1,075.00

   c. Amount available to pay this reaffirmed debt (subtract b. from a.)    $ 425.00

   d. Amount of monthly payment required for this reaffirmed debt    $ 200.00

   *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

   Check one of the two statements below, if applicable:

    ☒ You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

   ☐ You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

   _____
   _____
   _____

   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

    ☒ You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date 6-11-2015    Signature _____
                              *Debtor*

Date _____    Signature _____
                              *Joint Debtor, if any*

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor CAVALRY SPV I, LLC as assignee of Capital One, N.A.   C/O Bass & Associates, P.C.  3936 E. Ft. Lowell Ste 200, Tucson, AZ, 85712
         *Print Name*                                                *Address*

Jason C. Erwin                        _____        6/29/15
*Print Name of Representative*          *Signature*                  *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date _____    Signature of Debtor's Attorney _____

                Print Name of Debtor's Attorney _____

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A.     DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation to pay. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required. However, the court may extend the time for filing, even after the 60-day period has ended.

5. **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6.  **When will this Reaffirmation Agreement be effective?**

    a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

    >   i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

    >   ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

    b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7.  **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

B.  **INSTRUCTIONS**

1.  Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2.  Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3.  If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4.  You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5.  *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B240B to do this.

## C.   DEFINITIONS

1. **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2. **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3. **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

B240B (Form B240B) (12/09)

# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re Michael Dejesus,
        Debtor

Case No. 15-41151

Chapter 7

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☐ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form B240A, Reaffirmation Documents)

Signed: _____
          (Debtor)

_____
(Joint Debtor, if any)

Date: 6/11/2015

B240C (Form B240C) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re Michael DeJesus, Debtor

Case No. 15-41151
Chapter 7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) Michael DeJesus has (have) filed a motion for approval of the reaffirmation agreement dated 6/8/15 made between the debtor(s) and creditor _____. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on 6/11/15 (date).

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court does not approve the reaffirmation agreement.

BY THE COURT

Date: _____

_____
*United States Bankruptcy Judge*

**Capital One®, N.A.**

**Yamaha Motor Corporation, USA Card Program**

Application Type: A married person may apply for individual credit, you are applying for:
- [ ] **INDIVIDUAL CREDIT**, complete only applicant section.
- [ ] **JOINT CREDIT**, with another person, complete entire application.

### APPLICANT (Please Print)

| Applicant's Driver's License Number | Driver's License State | State of Issue | Date of Issue | Expiration Date |
|---|---|---|---|---|
| 9258 | MI | MI | 4/1/13 | 4/1/17 |

| First Name | Middle Initial | Last Name | Social Security Number | Date of Birth (MM/DD/YYYY) |
|---|---|---|---|---|
| Summer | D | Crawford | ___-__-6383 | __/__/77 |

| Address | Apt. # | City | State | Zip Code | Home Phone |
|---|---|---|---|---|---|
| ____ Kentfield Ct | | Detroit | MI | 48223 | ___-___-3856 |

| Date of Residence (MM/YYYY) | Monthly Housing Payment | Housing Status | Check if you have a: | E-Mail Address (Optional) |
|---|---|---|---|---|
| 01/99 | $0.00 | [x] Other | [ ] Checking Account [ ] Savings Account | |

| Annual Income* (Gross) | Employment Status | Employer Name | Date of Employment (MM/YYYY) | Work Phone |
|---|---|---|---|---|
| $45,704.00 | [x] Full-time | Westwood Comm Schools | 0/2011 | ___-___-2180 |

*Note: Alimony, child support or separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for paying this obligation.

### JOINT APPLICANT (or spouse of applicant if married WI resident - complete name and address only)

(blank)

### APPLICANT(S) SIGNATURE REQUIRED BELOW

All of the information furnished on this application is, to the best of your knowledge, complete and accurate. You agree that you are furnishing all such information on this application to both the dealers ("Yamaha Motor Corporation, USA") and to Capital One®, N.A. ("we", "us"), the issuer of the Yamaha credit card. I authorize Capital One, N.A. and Yamaha to exchange information about my Account(s) and myself so that I can receive the benefits and services of the Yamaha credit card program, and so that Yamaha can inform me of additional information, offers and opportunities. You agree that we may obtain a credit bureau report on you and may check any of the information provided on this application from whatever source we choose. By completing and signing this application, you are applying for a credit limit in the highest amount we deem appropriate, regardless of any initial sale amount, and you are requesting a Card issued to you by us which will allow you to make purchases under this Account. By a) signing, using or permitting others to use this Card; b) signing or permitting others to sign sales slips; c) making or permitting others to make purchases by telephone, Internet, or any other means, you agree to the terms and conditions of the Cardholder Agreement and Disclosure Statement, which shall be sent to you with the credit card and to the Tiered APR Disclosures, which you acknowledge receiving and which are incorporated herein by reference. You have read and received a copy of your Important Terms and Tiered APR Disclosure before making any purchase under this Account. Terms are attached. If this is a joint credit application, you understand that each applicant has the right to use the Account and that you shall be liable for all purchases made under the Account by any joint applicant. You grant us a purchase money security interest in the goods purchased on your Account and in all insurance contracts and proceeds, refunded premiums, mechanical failure and extended service contracts, and refunds of charges for mechanical failure and extended service contracts financed therewith.

Applicant's Signature: S. Crawford  Date: 6/20/13

6022-YAMAHA-US-35 (1-13)

### TIER VERIFICATION

**YOU ACKNOWLEDGE YOU HAVE RECEIVED AND READ THE TIER  1  2  3  (4)  (circle one) STANDARD APR DISCLOSURE.**

Applicant's Signature: X S. Crawford    Date: 6/20/13

Account #: ____ ____ ____ 2988

MISCELLANEOUS

SYAVNO1E8CA014613

Case: 15-41151    Doc# 13    Filed: 06/29/15    Entered: 06/29/15 13:41:58    Page 12 of 15



### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $11,789.39 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $0.00 |
| Past Due Amount | $1,559.00 |
| **Fees Charged** | + **$35.00** |
| **Interest Charged** | + **$43.92** |
| New Balance | $11,868.31 |
| | |
| Credit Limit | $14,600.00 |
| Credit Available | $0.00 |
| Statement Closing Date | February 27, 2015 |
| Days in Billing Cycle | 28 |

### Payment Information

| | |
|---|---|
| New Balance | $11,868.31 |
| Minimum Payment Due | $1,786.00 |
| Payment Due Date | March 26, 2015 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 Years | $26,373 |

If you would like information about credit counseling services, call 1-866-569-2227.

### Questions?

| | |
|---|---|
| Customer Service | 1-800-365-2650 |
| TDD/Hearing Impaired | 1-800-365-0186 |

Payment Address: Capital One Retail Services, Dept 7680, Carol Stream, IL 60116-7680
Billing Inquiries: Retail Services, PO Box 30257, Salt Lake City, UT 84130-0257
Manage Your account online at www.Yamaha-motor.com/cardaccount

### Important Information

You can pay your bill online or over the phone. It's free!

### Transactions

#### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 02/26/15 | 02/26/15 | LATE CHARGE ASSESSMENT | Reg - Purch | 10000000010226999744690 | $35.00 |
| | | **Total Fees for This Period** | | | **$35.00** |

#### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON PURCHASES | $43.92 |
| **Total Interest For This Period** | **$43.92** |

#### 2015 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2015 | $70.00 |
| Total interest charged in 2015 | $88.54 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Reduced Rate Purchase 67192-01 | 3.99% | $10,892.83 | $33.34 |

---

Detach and return bottom portion with your payment.      See reverse side for important information

| | |
|---|---|
| Account Number: | -2988 |
| New Balance | $11,868.31 |
| Minimum Payment Due | $1,786.00 |
| Payment Due Date | 03/26/2015 |

Include account number on check to Capital One Retail Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

176   AMOUNT ENCLOSED   $ ☐☐☐☐☐.☐☐

SOUMMER D CRAWFORD
KENTFIELD ST
DETROIT MI 48223-2112

CAPITAL ONE RETAIL SERVICES
DEPT 7680
CAROL STREAM IL 60116-7680

**What To Do if You Think You Find a Mistake on Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at the billing inquiries address on the front of this billing statement.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, the following must be true:
1. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the billing inquiries address on the front of this billing statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**How to Avoid Paying Interest (Grace Period):** To avoid additional interest charges, pay by the Payment Due Date indicated on the front of your billing statement: 1) the New Balances of your Regular and Reduced Rate Credit Plans, plus 2) the New Balance of any Same As Cash Credit Plan with an expiration date within the next three billing cycle Payment Due Dates, plus 3) the New Balance of any Waived Interest Charge Credit Plan that is expiring in the current billing cycle, plus 4) any Minimum Payments Due on other Same As Cash or Waived Interest Charge Credit Plans.

**Balance Subject to Interest Rate:**
(a) Interest Charges are calculated separately for each Promotional Credit Plan and each Regular Credit Plan (each a "Credit Plan"). Promotional Credit Plans with different promotional due dates or terms are treated as different Credit Plans for this purpose. The Balance Subject to Interest Rate on a Credit Plan is the Average Daily Balance.
(b) The "Daily Balance" of a Credit Plan is determined by taking the opening balance of the Credit Plan for that day, and adding 1) any new purchases made on the Credit Plan that day, 2) the previous day's Interest Charges, 3) any credit insurance premiums or debt cancellation fees (if applicable) incurred on that day and 4) any late fees, over the credit limit fees, returned check fees or other fees incurred on that day and subtracting any payments or credits applied to the Credit Plan that day. If your Account is subject to a grace period during the billing cycle, payments made during that cycle will be subtracted from all Daily Balances in the current cycle. For any Same As Cash Credit Plan, credit insurance premiums or debt cancellation fees (if applicable) are not included in the Daily Balance of that Credit Plan during the promotional period. If a transaction for a returned payment or a dispute resolved in our favor posts after the beginning of the billing cycle, the applicable daily balance and any related Interest Charge calculations will be adjusted retroactively to include the transaction amount as of the date of the original transaction.
(c) An Average Daily Balance is determined by adding the Daily Balances for a Credit Plan and dividing by the number of days in the applicable billing cycle. Periodic Interest Charges for a Credit Plan may be determined by applying the Daily Periodic Rate to an amount equal to the Average Daily Balance of the Credit Plan times the number of days in the billing cycle. You can determine your Daily Periodic Rate by dividing the APR by 365.

**Annual Percentage Rate:** If your Account has a variable rate, your Annual Percentage Rate may vary.

**About Your Payment:** You agree to pay at least the Minimum Payment Due in time to be credited to your Account as of the Payment Due Date. You may pay more than the Minimum Payment Due, and you may pay the entire New Balance at any time.

Payments should be mailed with a single coupon to the payment address shown on the front of this billing statement. Payments must be made by a single check or money order payable in U.S. dollars and drawn on a U.S. institution. Payments may also be made using our optional payment by phone or online services using the phone number or Web address listed on the front of this billing statement. Payments received on any day at the payment address shown on the front by 5:00 p.m. in the time zone of such payment address will be credited to your Account as of the date of receipt. Payments submitted by phone or online by 5:00 p.m. Pacific Time will be credited to your Account as of the date of receipt. All payments received after 5:00 p.m. of the time zone indicated will be credited the next day. Crediting payments to your Account may be delayed up to five days if the payment is not made as described above, or, is not mailed to and received at the address provided for remittance; is not accompanied by the payment coupon; is stapled, folded, or paper clipped; or includes multiple payment coupons or checks. Requests for credit balance refunds should be mailed to the inquiry address shown on the front of your billing statement.

**By sending us a check for payment on your Account, you authorize us to make a one time electronic funds transfer (EFT) from your bank account or to process the payment as a check transaction.** When we use information from your check to make an EFT, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Payment by Phone:** When you use our optional payment by phone service, you authorize us to initiate an electronic funds transfer from your designated bank account or to process the payment as a check transaction. You must authorize the amount and timing of each payment. Please retain this authorization for your records.

**Hearing Impaired:** If you are hearing impaired, call Telecommunications Devices for the Deaf (TDD/TTY) at the phone number listed on the front of this billing statement.

**Negative Credit Bureau Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. If any specific information related to your Account, transactions or credit experience with us is inaccurate, you may notify us and request us to correct the inaccurate information (after confirmation of the alleged error) reported to any credit reporting agency by writing to us at Capital One, PO Box 30253, Salt Lake City, UT 84130-0235.

**Debt Collection:** We are required by law, if applicable, to notify you that we are attempting to collect a debt, and any information obtained will be used for that purpose.

© 2015 Capital One. Capital One is a federally registered service mark. All rights reserved.

SB017

SB017

To ensure accuracy, please print neatly using uppercase letters and numbers only!

Change of address form.

Street number (if any)   Street Name or the words "PO BOX"   Unit or PO Box Number

City   State   Zip

Email Address

Home Phone (Primary)   Work Phone (Primary)

Mobile Phone   Work Phone (Secondary)



### Interest Charge Calculation

| | | | |
|---|---|---|---|
| Regular Purchase 00088-02 | 22.99% (v) | $600.14 | $10.58 |
| REGULAR PURCHASE 00002 | 22.99% (v) | $0.00 | $0.00 |

*v=Variable Rate*

### Credit Plan Information

| Credit Plan/Promotion Type | Purchase Date | Promotional Expiration Date | Previous Balance | New Balance | Minimum Payment | Deferred Interest | Promotional Payoff Amount |
|---|---|---|---|---|---|---|---|
| Reduced Rate Purchase 67192-01 | 06/20/2013 | 07/01/2016 | $11,196.81 | $11,230.15 | $1,396.80 | $0.00 | $11,230.15 |
| Regular Purchase 00088-02 | N/A | N/A | $592.58 | $638.16 | $389.20 | $0.00 | $638.16 |
| REGULAR PURCHASE 00002 | N/A | N/A | $0.00 | $0.00 | N/A | $0.00 | $0.00 |